1  Laura Krank
   Attorney at Law:  220208
2  Law Offices of Rohlfing & Kalagian
   211 East Ocean Boulevard, Suite 420
3  Tel: (562) 437-7006
   Fax: (562) 432-2935
4  E-mail: Laura_RK.office@speakeasy.net
   Attorneys for WILLIE WHITE
5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8                    WESTERN DIVISION

9

10 WILLIE WHITE                )  Case No.: CV 08-5776 RC
                               )
11                             )  [~~PROPOSED~~] ORDER
             Plaintiff,        )
12                             )
         vs.                   )
13 MICHAEL ASTRUE,             )
   COMMISSIONER OF THE SOCIAL  )
14 SECURITY ADMINISTRATION,    )
                               )
15                             )
             Defendant.        )
16

17

18     Based upon the parties Stipulation to Dismiss, this matter is hereby

19 dismissed with prejudice.

20     DATED: _January 6, 2009__

21
            _/S/ Rosalyn M. Chapman_____
22          UNITED STATES MAGISTRATE JUDGE

23

24

25

-1-